ACCEPTED
02-18-00145-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 4:13 PM
DEBRA SPISAK
CLERK

# CASE NO. 02-18-00145-CV

## In the Court of Appeals for the Second District of Texas at Fort Worth

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 4:13:11 PM
DEBRA SPISAK
Clerk

*****************************

**HALTOM CITY ECONOMIC DEVELOPMENT CORPORATION,**
*Appellant,*

**v.**

**KENT FLYNN, d/b/a FLYNN & COMPANY AND d/b/a SFC SERVICES,**
*Appellee.*

*****************************

Interlocutory appeal from Cause No. 153-276438-15
in the 153rd Judicial District Court of Tarrant County, Texas
the Honorable Susan Heygood McCoy Presiding

*****************************

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

*****************************

Respectfully submitted,
Fredrick "Fritz" Quast
Texas Bar No. 24032974
fquast@toase.com
Wayne K. Olson
Texas Bar No. 15276900
wolson@toase.com
Drew A. Larkin
Texas Bar No. 24060131
dlarkin@toase.com
Taylor, Olson, Adkins, Sralla & Elam, L.L.P.
6000 Western Place, Suite 200
Fort Worth, Texas 76107-4654
Telephone: (817) 332-2580
Fax: (817) 332-4740

**ATTORNEYS FOR APPELLANT,
HALTOM CITY ECONOMIC
DEVELOPMENT CORPORATION**

# CASE NO. 02-18-00145-CV

# In the Court of Appeals for
# the Second District of Texas
# at Fort Worth

****************************

**HALTOM CITY ECONOMIC DEVELOPMENT CORPORATION,**
*Appellant,*

**v.**

**KENT FLYNN, d/b/a FLYNN & COMPANY AND d/b/a SFC SERVICES,**
*Appellee.*

****************************

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

****************************

TO THE HONORABLE JUSTICES OF THE SECOND COURT OF APPEALS:

Appellant Haltom City Economic Development Corporation (HCEDC) files this first unopposed Motion for Extension of Time to File Appellant's Brief. HCEDC will show the Court as follows:

## 1. Facts

This is an interlocutory appeal from an order signed April 11, 2018. HCEDC filed a notice of appeal and a clerk's record request on April 30, 2018, and May 1, 2018, respectively.[1]  HCEDC did not request a reporter's record.  On May 11, 2018, the court reporter asked by email if the undersigned required a reporter's

---

[1] The appellate record was due ten days after the date the notice of appeal was filed, or May 10, 2018.  Tex. R. App. P. 35.1(b).

record, and the undersigned responded none would be needed. The same day Appellee filed a request for a reporter's record of the hearing on the plea to the jurisdiction held March 22, 2018. Just today, the undersigned discovered that the reporter's record has not been filed with the court of appeals and is not available via the attorney portal. Communications with opposing counsel and the court reporter today indicate: (1) the requested reporter's record has been prepared; but (2) the reporter's record has not been filed with this Court because the request by Appellee was filed after the due date for the appellate record; and (3) counsel for Appellee still desire to have the reporter's record as part of the appellate record in this case.

## 2. The Extension Requested

Appellant's brief is currently due on **Tuesday, May 29, 2018**. HCEDC seeks an extension of this deadline for thirty (30) days, until and including **Thursday, June 28, 2018**.

## 3. Grounds for Extension

A reasonable explanation and good cause for the need for more time to file the brief exists because, as explained above, Appellee's counsel still desires to have the reporter's record included in the appellate record, and intends to rely on that transcript in Appellee's brief. The undersigned prefers to have access to and review this transcript before filing HCEDC's principal brief. Appellee does not

oppose the requested thirty (30) day extension. This should allow sufficient time for the reporter's record to be filed and reviewed by the undersigned counsel.[2] Finally, this is the first motion for extension of time sought by HCEDC. The extension is not sought for purposes of delay, but so that justice may be done.

## 4. Verification

Verification of this motion is not required pursuant to Rule 10.2 of the Texas Rules of Appellate Procedure because the facts in support of this motion are either within the appellate record, or are within the personal knowledge of the undersigned counsel. Tex. R. App. P. 10.2.

## REQUEST FOR RELIEF

For the reasons stated, HCEDC requests this Court grant the requested extension of time. HCEDC seeks an extension of time to file Appellant's brief for a period of thirty (30) days, until and including **Thursday, June 28, 2018**.

---

[2] HCEDC will not oppose any reasonable motion or other extension needed to have the reporter's record filed with this Court.

Respectfully submitted,

/s/ Fredrick "Fritz" Quast
Fredrick "Fritz" Quast
Texas Bar No. 24032974
fquast@toase.com
Wayne K. Olson
Texas Bar No. 15276900
wolson@toase.com
Drew A. Larkin
Texas Bar No. 24060131
dlarkin@toase.com
Taylor, Olson, Adkins, Sralla &
        Elam, L.L.P.
6000 Western Place, Suite 200
Fort Worth, Texas 76107-4654
Telephone: (817) 332-2580
Fax: (817) 332-4740

**ATTORNEYS FOR APPELLANT,
HALTOM CITY ECONOMIC
DEVELOPMENT CORPORATION**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing brief was served through the electronic filing manager or email pursuant to Rule 9.5(b) on May 25, 2018, to the following counsel:

**Attorneys for Appellee:**
Stephen Tatum
statum@canteyhanger.com
David Fielding
dfielding@canteyhanger.com
Christopher A. Brown
cbrown@canteyhanger.com
Cantey Hanger LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, Texas 76102-3685

/s/ *Fredrick "Fritz" Quast*
Fredrick "Fritz" Quast

## CERTIFICATE OF CONFERENCE

A conference was held on the merits of this motion on May 25, 2018, between counsel for Appellee, Mr. David Fielding., and the undersigned counsel for Appellant. This motion is unopposed.

/s/ *Fredrick "Fritz" Quast*
Fredrick "Fritz" Quast

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9.4(3) of the Texas Rules of Appellate Procedure, the undersigned authority hereby certifies that according to the word processing software used to prepare this filing, the word count of this document is 463.

/s/ *Fredrick "Fritz" Quast*
Fredrick "Fritz" Quast